Propisci World Distributors, Inc., Appellant, v. Progress Pinking Scissors Co., Inc., and Others, Respondents, Impleaded with Another.— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs, on the authority of Fur & Wool Trading Co., Ltd., v. Fox, Inc. (245 N. Y. 215). Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

The Charles B. Knight Agency, Inc., Respondent, v. Vincent E. Elwell, Appellant, and Union Central Life Insurance Company, Impleaded, Defendant, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

John Fields, Respondent, v. Roth Motor Cars, Inc., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Madeline Damrau, Appellant, v. Carrie A. Richards, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

The People of the State of New York, Appellant, v. Philip Levitt Company, Inc., and Another, Respondent.* — Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Isadore A. Elting, Respondent, v. Isaac Freedman, Doing Business as I. Freedman & Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Martin Baron, Appellant, v. George W. Newgass and Others, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

L. M. Berkeley, Appellant, v. Harry C. Perry, as Clerk of the City Court of the City of New York, and Another, Respondents.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

B. T. Nolan Co., Inc., Respondent, and Bernard T. Nolan, Impleaded, Respondent, v. Forrest E. Single and Another, Copartners, etc., Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of Walter A. Mitchell against Edward P. Mulrooney, Police Commissioner of the City of New York.— Motion granted and the case set for argument for May 22, 1934. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Columbia Yacht Club, Respondent, v. Robert Moses, as Commissioner of Parks of the City of New York, and The City of New York, Appellants.— Order modified by advancing the date of trial to May 21, 1934, at Special Term, Part III, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [151 Misc. 830.]

Edith M. Stevens, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [151 Misc. 676.]

Margaret Singleton, Respondent, v. Joseph W. Harriman and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [152 Misc. 323.]

* Affg. 151 Misc. 484.